NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1446
(Re-examination No. 90/007,022)

IN RE SIEMENS WATER TECHNOLOGIES HOLDING CORP.

Aaron W. Moore, Lowrie, Lando & Anastasi, LLP, of Cambridge, Massachusetts, argued for appellant. With him on the brief were Peter C. Lando, Matthew B. Lowrie, and Nicole A. Palmer.

Thomas W. Krause, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen,Solicitor and Nathan K. Kelley, Associate Solicitor.

Appealed from:    United States Patent and Trademark Office
                  Board of Patent Appeals and Interferences

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1446
(Re-examination No. 90/007,022)

IN RE SIEMENS WATER TECHNOLOGIES HOLDING CORP.

# Judgment

On appeal from the United States Patent and Trademark Office
Board of Patent Appeals and Interferences

in CASE NO 90/007,022.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON, CLEVENGER, and LINN, <u>Circuit Judges</u>.)

AFFIRMED. <u>See</u> Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: <u>April 10, 2009</u>          <u>/s/ Jan Horbaly</u>
                                              Jan Horbaly, Clerk